AUSA: Terrence Haugabook Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Erin Hughes Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Amire Lawrence Decarlo WILSON

Case: 2:26−mj−30491
Assigned To : Unassigned
Assign. Date : 8/18/2026
Description: CMP Sealed Matter (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 14, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Illegal possession of a machinegun |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Erin Hughes, Special Agent (H.S.I.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: August 18, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, U. S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erin Hughes, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been since April 2022. I am currently assigned to the Detroit Violent Crimes Group. I graduated from the Federal Law Enforcement Training Center and HSI Special Agent Basic Training. Prior to becoming an HSI Special Agent, I served thirteen years as an Agent in the United States Border Patrol.

2. During my employment with HSI, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, criminal street gangs, and other state and federal offenses. I have used a variety of investigative techniques and resources as an HSI Special Agent, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources. Through these investigations, my training and experience, and conversations with other experienced agents and other law enforcement personnel, I have become familiar, not only with firearms violations, but also with methods used by criminals, including gang members, to try to thwart any investigation of their criminal activity.

3. This affidavit is comprised of information based on my personal knowledge and information provided by other law enforcement officers. I have not included each and every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause.

4. The information outlined below is for the limited purpose of establishing probable cause that Amire Lawrence Decarlo WILSON (XX/XX/2005), has violated 18 U.S.C. § 922 (o) – possession of a machine gun and 18 U.S.C. § 2232(a) – destruction or removal of property to prevent seizure on or about April 14, 2026, within the Eastern District of Michigan.

## Probable Cause

5. In December of 2025, HSI New England – Boston's ("HSI NE") Cyber Crimes Group, began targeting multiple websites offering for sale parts designed to convert semiautomatic pistols into fully automatic machineguns and fire control units (FCUs). These illicit firearm components consist of machinegun conversion devices ("MCDs"), commonly known as "Glock switches" and "auto sears." To date, this investigation has resulted in the seizures of hundreds of MCDs from multiple websites.

6. In March 2026, investigators received information from Website 1 regarding a purchase made in the name "Shanilia Taylor". The information provided by Website 1 consisted of the following:

Name: Shanilia Taylor

Address: 113XX memorial St, Detroit, MI

Phone: 313391XXXX

Email: amirewilson[redacted]@[redacted].com

Item Ordered: Customized 2025 Aluminum ADC3 Die Casting Part for Coffee Machine with Casting Services Made in China/Guatemala

Date/Time: 2026/3/2 18:33:27

Payment Method: APPLE_PAY

7. Using this information, HSI located a FedEx package with tracking number: 3992 4419 1110. The parcel was destined to 113XX Memorial St, Detroit, MI 48227; consignee: Shanilia Taylor. Using this information, FedEx Security specialists located FedEx package, tracking number 3992 4419 1110 at the FedEx facility located at 21200 Greenfield Road, Oak Park, MI. Per internal FedEx policy, with no direction from law enforcement, FedEx Security Specialists opened the package. FedEx Security reported to HSI that there were two small baggies inside that were intermingled with screws. Each of the small baggies appeared to contain an MCD. On March 16, 2026, HSI Detroit responded to the FedEx facility and upon inspection determined that the shipment contained 6 machine gun conversion device components to make two complete MCDs, consisting of the "leg", "switch," and "body," intermingled with screws in little plastic baggies. The package was then seized by HSI Detroit.

*Image of Parcel Contents*



8. HSI Detroit provided images of the MCD components to ATF Special Agent Weston. In addition to basic ATF training, Special Agent Weston is a graduate of a specialized course on privately made firearms ("PMF") and machinegun conversion devices ("MCD"). Special Agent Weston has provided instruction to DPD officers, ATF Special Agents, sheriff deputies, state troopers, and Task Force officers on the identification of PMFs and MCDs. Special Agent Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. After viewing the images, Special Agent Weston confirmed that the device

depicted in the provided images appeared to be a machinegun conversion device (MCD), colloquially referred to as a "Glock Switch."

9. According to law enforcement databases, Amire WILSON (B/M (XX/XX/2005), is associated with the address which the parcel containing two (2) MCDs, was destined to, 113XX Memorial St, Detroit, MI 48227. Furthermore, according to Michigan Department of Corrections (MDOC), Amire WILSON provided telephone number 313-391-XXXX as a means of contact. This same phone number was also provided to the vendor as a means of contact for the purchase of the two (2) MCDs.

10. On or about April 13, 2026, Detroit Police Department (DPD) Gang Intelligence obtained an anticipatory State residential search warrant for 113XX Memorial Street, Detroit, Michigan 48227.

11. On or about April 14, 2026, HSI Special Agents turned over the intercepted parcel to DPD Gang Intelligence. HSI Special Agents inserted two of the three machinegun conversion device components into a new FedEx box. The components inserted into the package consisted of the "body" and "switch" components. The parcel was then repackaged with the original label and equipped with a GPS tracker and configured to alert law enforcement to movement and opening of the package. The package was delivered to the 113XX Memorial Street address.

12. At approximately 12:22 p.m., HSI Detroit relayed via service radio to DPD Gang Intelligence that the package alert had activated, indicating that the parcel had been opened. At approximately 12:23 p.m., members of HSI Detroit and the Detroit Police Department Gang Intelligence Unit executed the controlled-delivery anticipatory search warrant at 113XX Memorial Street, Detroit, Michigan 48227.

13. Upon entry, DPD officers encountered Amire Lawrence Decarlo WILSON and Sincere Pettway standing in the living room and ordered them out of the house. In the living room, located on the couch, was the opened cardboard FedEx parcel which was delivered by an undercover Agent.

14. During the search of the residence, officers recovered five firearms, proof of residency, and two cellular telephones belonging to WILSON.

15. In the bedroom adjacent to the living room, DPD officers observed two firearms in the upper portion of a closet.

a. Glock 40 Gen 4, bearing serial number BPAN178, with an extended 33-round magazine and affixed with an "incognito switch;"

b. Heckler & Koch VP40, bearing serial number 222-003474

16. During a further search of that same bedroom, where officers recovered the Glock 40 Gen 4 with the "incognito switch," officers recovered WILSON's driver's license and a Lear work badge bearing WILSON's name. Officers also

recovered a rose gold iPhone and observed multiple documents bearing the name Amire WILSON.

17. I sent photos of the recovered Glock 40 Gen 4, bearing serial number BPAN178 with a suspected affixed MCD to ATF Special Agent Weston. After reviewing the photos of the device affixed to the recovered Glock 40 Gen 4, bearing serial number BPAN178, Special Agent Weston confirmed that the device appeared to be a machinegun conversion device (MCD), colloquially referred to as a "Glock Switch."

*Image Glock 40 Gen 4*



*Image MCD on Glock 40*



18. DPD officers advised both WILSON and Pettway of their Miranda rights. Both WILSON and Pettway agreed to answer questions without the presence of an attorney.

19. During an interview, Pettway stated that he observed his older brother, WILSON, open the parcel in the living room. Pettway further stated that he observed the parcel to contain a "switch."

20. During a post-Miranda interview, WILSON stated he opened the parcel but made multiple false statements concerning the contents of the parcel. WILSON later admitted to officers that he flushed the machinegun conversion device after he observed that the parcel contained a transmitter and heard officers at the front door. While in the back of a DPD vehicle, WILSON stated "I just put it in the toilet and I flushed it." He then stated, "I seen it and I heard banging and I just got scared." Given this admission, in combination with the disposal of evidence, and the recovered gun from WILSON'S room containing an attached MCD, there is probable cause that WILSON knew the capabilities of the device as a MCD.

21. DPD Gang Intelligence officers searched the toilet and plumbing for the machinegun conversion device but failed to locate the components of the MCD that were placed inside the FedEx parcel delivered by the UC Agent.

**CONCLUSION**

22. There is probable cause to believe that on April 14, 2026, within the Eastern District of Michigan, Amire Lawrence Decarlo WILSON unlawfully possessed a machinegun, that is a Glock 40 Gen 4, bearing serial number BPAN178, affixed with a MCD, in violation of 18 U.S.C. § 922(o), and knowingly destroyed or disposed of property, that is parts for two MCD devices, in violation of 18 U.S.C. § 2232(a).

Respectfully submitted,

Erin Hughes, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. David R. Grand
United States Magistrate Judge

August 18, 2026